# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**THEODORE CLARK,** *Individually*
*And on behalf of himself and others*
*similarly situated,*

    **Plaintiff,**

v.                                                           Case No. 1:23-cv-01162

**FOUR G RESTORATION, LLC,**
**d/b/a SERVPRO OF LBL SOUTH,**

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Theodore Clark, Opt-in Plaintiffs Caleb Crews and Josh Underwood, and Defendant Four G Restoration, LLC, d/b/a ServPro of LBL South, by and through their undersigned counsel, hereby stipulate that this action and all claims pending in it be dismissed with prejudice, as the parties have reached a resolution of the dispute. Each party shall bear his or its own costs and fees.

    Respectfully submitted this 21st day of May 2024.

| | |
|---|---|
| */s/ J. Russ Bryant* | */s/ Geoffrey A. Lindley (w/ consent)* |
| J. Russ Bryant (BPR No. 33830) | Geoffrey A. Lindley (BPR No. 021574) |
| 262 German Oak Drive | **RAINEY, KIZER, REVIERE & BELL, P.L.C.** |
| Memphis, TN 38018 | 209 East Main Street |
| Telephone: (901) 754-8001 | P.O. Box 1147 |
| Fax: (901) 754-8524 | Jackson, Tennessee 38302-1147 |
| rbryant@jsyc.com | (731) 423-2414 |
| | glindley@raineykizer.com |
| ATTORNEYS FOR PLAINTIFFS, | |
| | ATTORNEYS FOR DEFENDANT |