# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **THEODORE CLARK,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **GALLIMORE RESTORATION, LLC,** d/b/a **SERVPRO OF LBL SOUTH AND SERVPRO OF LBL NORTH,** | **CASE NO: 23-1162-STA-jay** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION of Dismissal** entered on May 21, 2024, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 5/22/2024**

Wendy R. Oliver
**Clerk of Court**

s/Maurice B. BRYSON

(By)   Deputy Clerk